# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

SANDY NGUYEN,

    Plaintiff,

v.

H & M HENNES & MAURITZ, LP,
H & M HENNES & MAURTIZ GBC
AB, LLC., KEITH DENT, ABC CORP
1-3, and
JOHN DOES 1-5,

    Defendants.

Civil Action File No:
_____

## NOTICE OF REMOVAL

COMES NOW, H & M HENNES & MAURITZ, LP and H & M HENNES & MAURITZ GBC AB, LLC., ("Defendants"), Defendants in the above-styled action, and petition for removal of the action herein from the State Court of Dekalb County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division, and respectfully show the Court the following:

1.

On January 27, 2022, Plaintiff filed a civil action in the State Court of Dekalb County, Georgia styled: *SANDY NGUYEN v. H & M HENNES & MAURITZ, LP, H & M HENNES & MAURITZ GBC AB, LLC., KEITH DENT,*

*ABC CORP. 1-3, AND JOHN DOES 1-5*, Civil Action File No. *22A0338*. (Attached as Exhibit "A" are copies of all process, pleadings, and orders that have been served on Defendants H & M Hennes & Mauritz, LP and H & M Hennes & Mauritz GBC AB, LLC.) Defendants reserve all defenses and will answer or present other objections or defenses within the time permitted by Federal Rule of Civil Procedure 81(c). Defendants have also a Notice of Filing Notice of Removal with the State Court of Dekalb County, as required by 28 U.S.C. § 1446(d), attached as Exhibit "B."

2.

Defendants, H & M Hennes & Mauritz, LP and H & M Hennes & Mauritz GBC AB, LLC., were served with a copy of Plaintiff's Complaint on February 7, 2022. Accordingly, pursuant to 28 U.S.C. § 1446(b)(2)(B), this Notice of Removal is timely filed with this Court.

3.

Venue in the state court action was based on the location of the H & M store at issue, which is located at 4400 Ashford Dunwoody Road, Suite 1220, Atlanta, Georgia 30346, in DeKalb County. (Plaintiff's Complaint, ¶ 7).

4.

Dekalb County, Georgia, where this lawsuit was initiated, is located within

the United States District Court for the Northern District of Georgia, Atlanta Division.

5.

Plaintiff is a citizen of the State of Georgia and has subjected herself to the jurisdiction of the State Court of Dekalb County. (Plaintiff's Complaint ¶ 2). Based upon information and belief, Plaintiff is a citizen and domiciliary of the State of Georgia.

6.

Defendant H & M Hennes & Mauritz, LP is a foreign limited partnership formed under the laws of the State of New York, with its principal place of business in New Jersey. Defendant H & M Hennes & Mauritz, LP's partners are H & M Fashion, LLC. and H & M Retail USA, Inc. H & M Fashion, LLC.'s sole member is H & M Retail USA, Inc. which is a New York corporation with its principal place of business in the State of New Jersey.

7.

Defendant H & M Hennes & Mauritz GBC AB, LLC. is a Swedish corporation with its principal place of business in Sweden.

8.

Defendant Keith Dent, based upon information and belief, is a citizen and

domiciliary of the State of Georgia.

9.

There is no possibility that Plaintiff can prove the cause of action against Defendant Keith Dent, who has answered stating that he has never worked at the subject store and has been disabled since 2012. (Keith Dent Answer).

10.

Plaintiff has failed to state any meritorious claim against Defendant Keith Dent; therefore, his domicile should not be considered by this Court in determining whether diversity exists between the parties under the legal theory of fraudulent joinder. *Sellers v. Foremost Ins. Co.* 924 F. Supp. 1116 (11th Cir. 1996).

11.

There is no possibility that Plaintiff can prove the cause of action against Defendant H & M Hennes & Mauritz GBC AB, LLC. as this entity neither owns or operates any H & M store nor does it have any employees.  This entity briefly takes ownership of merchandise for sale at US stores, prior to the time that said merchandise is shipped to the stores.  Once shipped to the stores, Defendant H & M Hennes & Mauritz, LP becomes the owner of the merchandise as part of its overall store operation.

12.

Plaintiff has failed to state any meritorious claim against Defendant H & M Hennes & Mauritz GBC AB, LLC.; therefore, this entity's domicile should not be considered by this Court in determining whether diversity exists between the parties under the legal theory of fraudulent joinder.

13.

Accordingly, there is complete diversity of citizenship between the parties. This action is one over which this Court has diversity jurisdiction in accordance with the foregoing authority and 28 U.S.C. §1332(a).

14.

The amount in controversy is also sufficient under 28 U.S.C. §1332 (a). Plaintiff has alleged that as a result of the incident giving rise to her Complaint, she has suffered serious injuries resulting in past medical bills and expenses in excess of $75,000, physical pain and suffering, severe emotional distress, lost wages, and loss of the capacity for the enjoyment of life. (Plaintiff's Complaint ¶ 22 & 25.)

15.

Claims of disfigurement, physical and mental anguish and suffering, medical expenses, and loss of enjoyment of life have been considered in supporting the jurisdictional amount in controversy requirement. *Gebbia v. Wal-Mart Stores, Inc.*

233 F.3d 880 (5th Cir. 2000).

16.

To determine whether the jurisdictional threshold of $75,000 is met, the court must assume that Plaintiff will prevail on all claims, and then assess whether "an award below the jurisdictional amount would be outside the range of permissible awards…. '" *Burns v. Windsor Ins. Co.*, 31 F.3d 1092, 1096 (11th Cir. 1994); *see also St. Paul Indemnity Co. v. Cab Co.*, 303 U.S. 283, 288 (1937). "… "a removing defendant is not required to prove the amount in controversy beyond all doubt or to banish all uncertainty about it." *Pretka v. Kolter City Plaza II, Inc.* 608 F.3d 744, 754 (11th Cir. 2010).

17.

Accordingly, assuming Plaintiff will prevail on each of the claims set forth in her Complaint, which Defendant denies, the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000. "It must appear to a legal certainty that the claim is really for less than the jurisdictional amount to justify dismissal." *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938).

18.

Therefore, this action is one over which this Court has diversity jurisdiction

pursuant to 28 U.S.C. §1332 (a) in that there is no possibility that the Plaintiff would be able to establish a cause of action against the resident Defendant Keith Dent in state court; (b) diversity exists between the remaining parties; and (c) the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.

19.

WHEREFORE, Defendants H & M Hennes & Mauritz, LP and H & M Hennes & Mauritz GBC AB, LLC., pray that this petition be filed, that said action be removed to and proceed in this Court, and that there be no further proceedings in said case in the State Court of Dekalb County.

The undersigned has read this Notice of Removal, and to the best of his knowledge, information and belief, formed after reasonable inquiry, determined it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

The undersigned reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendants H & M Hennes & Mauritz, LP and H & M Hennes & Mauritz GBC AB, LLC., remove this action from the State Court of

Dekalb County, Georgia to this Court under 28 U.S.C. §§ 1332, 1441, and 1446.

Respectfully submitted this 9th day of March, 2022.

**DREW ECKL & FARNHAM, LLP**

*s/Lisa R. Richardson*
Stevan A. Miller
***Georgia Bar No. 508375***
Lisa Richardson
***Georgia Bar No. 604074***
Shamma Iqbal
***Georgia Bar No. 344037***

303 Peachtree Street NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
E-mail: millers@deflaw.com
E-mail: richardsonl@deflaw.com
E-mail:iqbals@deflaw.com
***Attorneys for Defendants H & M Hennes & Mauritz, LP and H & M Hennes & Mauritz GBC AB, LLC***

## CERTIFICATE OF FONT COMPLIANCE

Counsel for Defendants hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 9th day of March, 2022.

                                                DREW ECKL & FARNHAM, LLP

                                                *s/Lisa R. Richardson*
                                                Lisa R. Richardson
                                                **Georgia Bar No. 604074**

303 Peachtree Street, NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: richardsonl@deflaw.com
***Attorneys for Defendants H & M Hennes & Mauritz, LP and H & M Hennes & Mauritz GBC AB, LLC***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

SANDY NGUYEN,

    Plaintiff,

v.

H & M HENNES & MAURITZ, LP,
H & M HENNES & MAURTIZ GBC
AB, LLC., KEITH DENT, ABC CORP
1-3, and
JOHN DOES 1-5,

    Defendants.

Civil Action File No:
_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am counsel for Defendant H & M Hennes & Mauritz, LP and H & M Hennes & Mauritz GBC AB, LLC., and that I have this day served the foregoing *Notice of Removal* upon all parties to this matter by U.S. Mail and by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record:

Clark R. Karell, Jr.<br>
Karell Trial Attorneys, LLC.<br>
3344 Peachtree Road NE<br>
Suite 800<br>
Atlanta, Georgia 30326<br>
clark@karell.law

This 9th day of March, 2022.

                                          *s/Lisa R. Richardson*
                                          Stevan A. Miller
                                          ***Georgia Bar No. 508375***
                                          Lisa Richardson
                                          ***Georgia Bar No. 604074***
                                          Shamma Iqbal
                                          ***Georgia Bar No. 344037***

303 Peachtree Street NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
E-mail: smiller@deflaw.com
E-mail:iqbals@deflaw.com
***Attorneys for Defendants H & M Hennes & Mauritz, LP and H & M Hennes & Mauritz GBC AB, LLC.***